UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| THEODORE SAMUL, | Case No. 20-10597 |
| Plaintiff, | |
| | SENIOR U.S. DISTRICT JUDGE |
| v. | ARTHUR J. TARNOW |
| COMMISSIONER OF SOCIAL SECURITY, | MAGISTRATE JUDGE DAVID R. GRAND |
| Defendant. | |

_____/

**ORDER ADOPTING REPORT AND RECOMMENDATION [15], DENYING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT [12], AND GRANTING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT [13]**

On March 1, 2021, the Magistrate Judge issued a Report and Recommendation ("R&R") [15] on Plaintiff's Motion for Summary Judgment [12] and Defendant's Motion for Summary Judgment [13]. The R&R recommended that the Court deny Plaintiff's Motion [12], grant Defendant's Motion [13], and affirm the decision of the Administrative Law Judge. Neither party filed an objection to the R&R.

The Court having reviewed the record, the R&R [15] is hereby **ADOPTED** and entered as the findings and conclusions of the Court.

Accordingly,

**IT IS ORDERED** that Plaintiff's Motion for Summary Judgment [12] is **DENIED.**

**IT IS FURTHER ORDERED** that Defendant's Motion for Summary Judgment [13] is **GRANTED**.

**SO ORDERED**.

Dated: June 4, 2021

s/Arthur J. Tarnow
Arthur J. Tarnow
Senior United States District Judge